Paying Agent: C&C Television II, LLC / 450 Seventh Ave. / Suite 900 / New York, NY 10123 / (212) 594-5686

**QUESTIONS**
If you need support or are just looking for more information with frequently asked questions, please visit www.castandcrew.com/support

**W-2 ADDRESS - PLEASE VERIFY**
MARINO ANTHONY
104 HARRISON AVENUE
FRANKLIN SQUARE NY 11010
RESIDENT OF NEW YORK

Please retain this stub for your records

MARINO ANTHONY
| SSN/Tax ID | Exemptions | Check Date | Check Number |
|---|---|---|---|
| xxx-xx-xxxx | M-3 | 10/24/18 | 80024957 |

Controlling Employer: ABC STUDIOS NEW YORK, LLC (#60015) FEIN#:95-4784955

500 S. BUENA VISTA ST.
BURBANK, CA 91521

Dates worked: 10/15-19/2018
Pay period: 10/15 - 10/19/2018

## EARNINGS

Project: DRIVER          LOCAL 817

GODFATHER OF HARLEM - SEASON 1 (4) 10/20/2018   Week End   Invoice# 18506757

GODFATHER OF HARLEM - SEASON 1 (Series Code: 102)

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Straight | 51.20 | 53.9839 | 2,763.96 |
| Straight | 12.80 | 53.9852 | 691.01 |
| Meal Allowance | | | 175.00 |
| Total: | 64.00 | | 3,629.97 |

## TAXES/WITHHOLDING

| Description | Amount | YTD |
|---|---|---|
| FICA | 225.06 | 2,205.03 |
| Medicare | 52.63 | 515.68 |
| FWT | 540.88 | 5,127.55 |
| NY OST | 0.48 | 5.52 |
| NY PFL | 4.57 | 44.77 |
| NY SWT | 239.43 | 2,301.80 |
| Total Taxes/Withholding: | 1,063.05 | |

## DEDUCTIONS

| Description | Amount | YTD |
|---|---|---|
| 817 Wkdues | 103.65 | 1,036.50 |

| | | |
|---|---|---|
| Total Hours: | | 64.00 |
| Gross Wages: | | 3,629.97 |
| Taxes: | | 1,063.05 |
| Deductions: | | 103.65 |
| Net Wages: | | 2,463.27 |

YTD Gross: 35,564.67

Seq #84024307   Run #18306113   Ref #1540416878

Paying Agent: C&C Television II, LLC / 450 Seventh Ave. / Suite 900 / New York, NY 10123 / (212) 594-5686

QUESTIONS: If you need support or are just looking for more information, with frequently asked questions, please visit www.castandcrew.com/support/

W-2 ADDRESS: **PLEASE VERIFY**
MARINO, ANTHONY
104 HARRISON AVENUE
FRANKLIN SQUARE NY 11010
RESIDENT OF NEW YORK

Please retain this stub for your records

MARINO, ANTHONY
SSN / Tax ID: xxx-xx-xxxx
Exemptions: M-3
Check Date: 10/17/18
Check Number: 80023887
Controlling Employer: ABC STUDIOS NEW YORK, LLC (#60015) FEIN#: 95-4784956

500 S. BUENA VISTA ST.
BURBANK, CA 91521

Dates worked: 10/8-12/2018
Pay period: 10/08 - 10/12/2018

Project: DRIVER

EARNINGS     LOCAL 817

GODFATHER OF HARLEM - SEASON 1 (4)
    Week End    Invoice#
    10/13/2018   18500239

GODFATHER OF HARLEM - SEASON 1 (Series Code: 102)
GODFATHER OF HARLEM - SEASON 1 (Series Code: 998)

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Straight | 51.20 | 53.9836 | 2,763.96 |
| Meal Allowance | | | 175.00 |
| Hol Wrkd 2X | 12.80 | 107.9672 | 1,381.98 |
| Total: | 64.00 | | 4,320.94 |

TAXES/WITHHOLDING

| Description | Amount | YTD |
|---|---|---|
| FICA | 267.90 | 1,979.97 |
| Medicare | 62.65 | 463.05 |
| FWT | 706.62 | 4,586.67 |
| NY OST | 0.48 | 5.04 |
| NY PFL | 5.44 | 40.20 |
| NY SWT | 293.34 | 2,062.37 |
| Total Taxes/Withholding: | 1,336.43 | |

DEDUCTIONS

| Description | Amount | YTD |
|---|---|---|
| 817 Wkdues | 124.38 | 932.85 |

Total Hours: 64.00
Gross Wages: 4,320.94
Taxes: 1,336.43
Deductions: 124.38
Net Wages: 2,860.13

YTD Gross: 31,934.70

Seq #83953473    Run #18302494    Ref #15398905482

Paying Agent: C&C Television II, LLC / 450 Seventh Ave., / Suite 900 / New York, NY 10123 / (212) 594-5666

*****QUESTIONS*****
If you need support or are just looking for more information with frequently asked questions, please visit www.castandcrew.com/support/

W-2 ADDRESS: **PLEASE VERIFY**
MARINO, ANTHONY
104 HARRISON AVENUE
FRANKLIN SQUARE NY 11010
RESIDENT OF: NEW YORK

Please retain this stub for your records

MARINO, ANTHONY
500 S. BUENA VISTA ST.
BURBANK, CA 91521

| SSN/Tax ID | Exemptions | Check Date | Check Number |
|---|---|---|---|
| xxx-xx-xxxx | M-3 | 10/10/18 | 80029901 |

Controlling Employer: ABC STUDIOS NEW YORK LLC (#60015) FEIN# 95-4784956

### EARNINGS

DRIVER     LOCAL 817

Dates worked: 10/1-5/2018
Pay period: 10/01 - 10/05/2018

Project    Week End    Invoice#
GODFATHER OF HARLEM - SEASON 1 (4) 10/06/2018 18495143
GODFATHER OF HARLEM - SEASON 1 (Series Code: 102)

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Straight | 51.20 | 53.9839 | 2,763.96 |
| Straight | 12.80 | 53.9852 | 691.01 |
| Car Allowance | | | 175.00 |
| Total: | 64.00 | | 3,629.97 |

### TAXES/WITHHOLDING

| Description | Amount | YTD |
|---|---|---|
| FICA | 225.06 | 1,712.07 |
| Medicare | 52.63 | 400.40 |
| FWT | 540.88 | 3,880.05 |
| NY OST | 0.48 | 4.56 |
| NY PFL | 4.57 | 34.76 |
| NY SWT | 239.43 | 1,769.03 |
| Total Taxes/Withholding: | 1,063.05 | |

### DEDUCTIONS

| Description | Amount | YTD |
|---|---|---|
| 817 Wkdues | 103.65 | 808.47 |

| | | |
|---|---|---|
| Total Hours: | 64.00 | |
| Gross Wages: | 3,629.97 | |
| Taxes: | 1,063.05 | |
| Deductions: | 103.65 | |
| Net Wages: | 2,463.27 | |

YTD Gross: 27,613.76

Seq #83795440    Run #18299374    Ref #1539207784

Paying Agent: C&C Television II, LLC / 450 Seventh Ave. / Suite 900 / New York, NY 10123 / (212) 594-5686

**QUESTIONS**
If you need support or are just looking for more information with frequently asked questions, please visit www.castandcrew.com/support/

Please retain this stub for your records

| | | | |
|---|---|---|---|
| MARINO, ANTHONY | | | |
| SSN / Tax ID | Exemptions | Check Date | Check Number |
| xxx-xx-xxxx | M-3 | 10/3/18 | 80022192 |
| Controlling Employer: ABC STUDIOS NEW YORK, LLC (#60015) FEIN#: 95-4784956 | | | |

500 S. BUENA VISTA ST.
BURBANK, CA 91521

**W-2 ADDRESS:** **PLEASE VERIFY**
MARINO, ANTHONY
104 HARRISON AVENUE
FRANKLIN SQUARE, NY 11010
RESIDENT OF NEW YORK

### EARNINGS

Project: DRIVER      LOCAL 817

GODFATHER OF HARLEM - SEASON 1 (4)
Dates worked: 9/24-28/2018      Week End  Invoice#
Pay period: 09/24 - 09/28/2018      09/29/2018  18490609

GODFATHER OF HARLEM - SEASON 1 (Series Code: 101)

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Straight | 51.20 | 53.9839 | 2,763.96 |
| Straight | 12.80 | 53.9852 | 691.01 |
| Meal Allowance | | | 175.00 |
| Total: | 64.00 | | 3,629.97 |

### TAXES/WITHHOLDING

| Description | Amount | YTD |
|---|---|---|
| FICA | 225.06 | 1,487.01 |
| Medicare | 52.63 | 347.77 |
| FWT | 540.88 | 3,339.17 |
| NY OST | 0.48 | 4.08 |
| NY PFL | 4.57 | 30.19 |
| NY SWT | 239.43 | 1,529.60 |
| Total Taxes/Withholding: | 1,063.05 | |

### DEDUCTIONS

| Description | Amount | YTD |
|---|---|---|
| 817 Wkdues | 103.65 | 704.82 |

| | |
|---|---|
| Total Hours: | 64.00 |
| Gross Wages: | 3,629.97 |
| Taxes: | 1,063.05 |
| Deductions: | 103.65 |
| Net Wages: | 2,463.27 |

YTD Gross:  23,983.79

Seq #8370439   Run #18266386   Ref #153600194

Paying Agent: C&C Television II, LLC / 450 Seventh Ave. / Suite 900 / New York, NY 10123 / (212) 594-5686

QUESTIONS
If you need support or are just looking for more information with frequently asked questions, please visit www.castandcrew.com/support/

Please retain this stub for your records
**PLEASE VERIFY**

W-2 ADDRESS:
MARINO, ANTHONY
104 HARRISON AVENUE
FRANKLIN SQUARE, NY 11010
RESIDENT OF NEW YORK

MARINO, ANTHONY
500 S. BUENA VISTA ST.
BURBANK, CA 91521

| SSN/Tax ID | Exemptions | Check Date | Check Number |
|---|---|---|---|
| xxx-xx-xxxx | M 3 | 9/26/18 | 80021395 |

Controlling Employer: ABC STUDIOS NEW YORK, LLC (#60015) FEIN#:95-4784956

Dates worked: 9/17-21/2018
Pay period: 09/17 - 09/21/2018

## EARNINGS

Project                LOCAL 817
DRIVER

| Project | Week End | Invoice# |
|---|---|---|
| GODFATHER OF HARLEM - SEASON 1 (4) | 09/22/2018 | 18484520 |
| GODFATHER OF HARLEM - SEASON 1 (Series Code: 101) | | |

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Straight | 64.00 | 53.9839 | 3,454.97 |
| Meal Allowance | | | 175.00 |
| Total: | 64.00 | | 3,629.97 |

## TAXES/WITHHOLDING

| Description | Amount | YTD |
|---|---|---|
| FICA | 225.06 | 1,261.95 |
| Medicare | 52.63 | 295.14 |
| FWT | 540.88 | 2,798.29 |
| NY OST | 0.60 | 3.60 |
| NY PFL | 4.57 | 25.62 |
| NY SWT | 239.43 | 1,290.17 |
| Total Taxes/Withholding: | 1,063.17 | |

## DEDUCTIONS

| Description | Amount | YTD |
|---|---|---|
| 817 Wkdues | 103.65 | 601.17 |

Total Hours:    64.00
Gross Wages:    3,629.97
Taxes:          1,063.17
Deductions:     103.65
Net Wages:      2,463.15

YTD Gross:  20,353.82

Seq #83536593   Run #1829367I   Ref #153003277

Paying Agent: C&C Television II, LLC / 460 Seventh Ave. / Suite 900 / New York, NY 10123 / (212) 594-6666

**QUESTIONS**
If you need support or are just looking for more information with frequently asked questions please visit www.castandcrew.com/support/

**W-2 ADDRESS: **PLEASE VERIFY**
MARINO, ANTHONY
104 HARRISON AVENUE
FRANKLIN SQUARE, NY 11010
RESIDENT OF NEW YORK

MARINO, ANTHONY
500 S. BUENA VISTA ST.
BURBANK, CA 91521

| SSN | Exemptions | Check Date | Check Number |
|---|---|---|---|
| xxx-xx-xxxx | M-3 | 9/20/18 | 80020308 |

Controlling Employer: ABC STUDIOS NEW YORK, LLC (#60015) FEIN#: 95-4784966

Dates worked: 9/10-13/2018
Pay period: 09/10 - 09/13/2018

### EARNINGS

Project: DRIVER LOCAL 817

| | Week End | Invoice# |
|---|---|---|
| GODFATHER OF HARLEM - SEASON 1 (4) | 09/15/2018 | 18481913 |
| GODFATHER OF HARLEM - SEASON 1 (Series Code: 101) | | |
| GODFATHER OF HARLEM - SEASON 1 (Series Code: 996) | | |

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Straight | 51.20 | 53.984 | 2,763.98 |
| Meal Allowance | | | 105.00 |
| Total: | 51.20 | | 2,868.98 |

### TAXES/WITHHOLDING

| Description | Amount | YTD |
|---|---|---|
| FICA | 177.88 | 1,036.89 |
| Medicare | 41.60 | 242.51 |
| FWT | 373.46 | 2,257.41 |
| NY OST | 0.60 | 3.00 |
| NY PFL | 3.61 | 21.05 |
| NY SWT | 177.90 | 1,050.74 |
| Total Taxes/Withholding: | 775.05 | |

### DEDUCTIONS

| Description | Amount | YTD |
|---|---|---|
| 817 Wkdues | 82.92 | 497.52 |

Total Hours: 51.20
Gross Wages: 2,868.98
Taxes: 775.05
Deductions: 82.92
Net Wages: 2,011.01

YTD Gross: 16,723.85

Seq #83505645    Run #18291211    Ref #1537464867

Please retain this stub for your records